In re: Juan **MOTA**, Petitioner.

No. 09–1457.

United States Court of Appeals,
Third Circuit.

Submitted Pursuant to Rule 21, Fed.
R.App. P.
April 9, 2009.

Opinion filed: May 26, 2009.

Juan Mota, Beaumont USP, Beaumont, TX, pro se.

AZnthony J. Jenkins, Esq., Office of United States Attorney, USVI, for United States of America, Curtis V. Gomez.

Before: SLOVITER, FUENTES and JORDAN, Circuit Judges.

OPINION

PER CURIAM.

In February 2009 Juan Mota filed this pro se mandamus petition seeking an order that the District Court immediately rule upon the motion he filed pursuant to 28 U.S.C. § 2255 four years ago.

Subsequently, on February 9, 2009, the District Court appointed counsel for Mota and scheduled an evidentiary hearing on his § 2255 motion. That hearing took place on March 17, 2009. The government has filed a memorandum in the District Court and Mota has been given until April 6, 2009 to respond.

The District Court has now proceeded on Mota's § 2255 motion, and we are confident that the court will eventually rule on the motion promptly. Accordingly, we will deny his petition for a writ of mandamus.